DAVID H. CLARK, Respondent, v. ELIZABETH T. DODGE, as Executrix of JOHN L. DODGE, Deceased, Appellant, Impleaded with Others.

Argued January 21, 1942; decided March 5, 1942.

*Arthur L. Barton* for appellant.

*James M. Gray* and *Harold Y. MacCartney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.